**Order entered September 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00689-CV

### IN RE ESTATE OF LORETTA POWELL, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-16-01344-1**

## ORDER

Before the Court is the August 29, 2019 motion for extension of time filed by appellee

Robin Christopher. We **GRANT** the motion and **ORDER** appellee's brief due on or before

September 16, 2019.

/s/    KEN MOLBERG
          JUSTICE